IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RAY GENE STOUT                                             PETITIONER

v.                    NO. 2:04CV00197 JLH/JFF

LINDA W. SANDERS,
Warden, FCI Forrest City,
Arkansas                                                RESPONDENT

**ORDER**

The Court has reviewed the Proposed Findings and Recommendations received from Magistrate Judge John F. Forster, Jr., and the objections filed in response, and has further reviewed the relevant record *de novo*. The Findings and Recommendations are adopted in their entirety as this Court's findings.

IT IS THEREFORE ORDERED that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed without prejudice to Petitioner's right to refile his petition in the district where his custodian is located and that Petitioner's motion for injunctive relief is denied.

IT IS SO ORDERED this __23rd__ day of August, 2005.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE