IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

RAY GENE STOUT                                                                        PETITIONER

v.                      NO. 2:04CV00197 JLH/JFF

LINDA W. SANDERS,
Warden, FCI Forrest City,
Arkansas                                                              RESPONDENT

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed without prejudice to Petitioner's right to refile his petition in the district where his custodian is located and that Petitioner's motion for injunctive relief is denied.

IT IS SO ADJUDGED this   23rd   day of August, 2005.

_____
UNITED STATES DISTRICT JUDGE